

# NUMBER 13-13-00457-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JONATHAN RIVERA,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

### On appeal from the 94th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

Currently pending before the Court is appellant's request to review the record and request for an extension of time to file a pro se brief in the above-referenced cause. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has

the opportunity to fully examine the appellate record on or before February 24, 2014, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.

Appellant's motion for extension of time to file a pro se brief is GRANTED. Appellant shall have sixty (60) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of February, 2014.